1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Enis Z. Yeneriz

7

8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10

11 ENIS Z. YENERIZ,                    ) Case No.: 2:12-cv-09759-VBK
                                       )
12         Plaintiff,                  ) {PROPOSED} ORDER AWARDING
                                       ) EQUAL ACCESS TO JUSTICE ACT
13     vs.                             ) ATTORNEY FEES AND EXPENSES
                                       ) PURSUANT TO 28 U.S.C. § 2412(d)
14 CAROLYN W. COLVIN, Acting           ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security,   ) U.S.C. § 1920
15                                     )
           Defendant                   )
16 _____    )

17

18     Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20     IT IS ORDERED that fees and expenses in the amount of $4,500.00 as

21 authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by

22 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

23 DATE:   January 6, 2014               /s/
                                   THE HONORABLE VICTOR B. KENTON
                                   UNITED STATES MAGISTRATE JUDGE
24

25

26

-1-